IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ARTHUR J. GALLAGHER RISK MANAGEMENT SERVICES, INC. | ) ) ) NO. 3:08-0453 |
| v. | ) JUDGE CAMPBELL ) |
| STEPHEN L. FARR | ) |

ORDER

Pending before the Court is Defendant's Motion to Stay or Adjourn All Proceedings Pending Transfer to Multidistrict Litigation Court (Docket No. 36).

For the reasons stated in the accompanying Memorandum, Defendant's Motion to Stay or Adjourn Proceedings (Docket No.36) is DENIED.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE